IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SELECT RETRIEVAL, LLC, | : | Civil Case No. 11-3752 |
|                  Plaintiff | : | |
| v. | : | |
| ABT ELECTRONICS, INC., ACE HARDWARE CORP., ACTION VILLAGE, LLC, CALUMET PHOTOGRAPHIC, INC., CHELSEA & SCOTT, LTD., EUROMARKET DESIGNS, INC., d/b/a CRATE AND BARREL, FANSEDGE INC., OFFICEMAX, INC., OPTICSPLANET, INC., SEARS HOLDINGS CORP., WALGREEN CO., WHITNEY AUTOMOTIVE GROUP, INC., W.W. GRAINGER, INC., ULTA SALON, COSMETICS & FRAGRANCE, INC. | : | JURY TRIAL DEMANDED |
|                  Defendants. | : | |

## **COMPLAINT**

Plaintiff Select Retrieval, LLC ("Select Retrieval" or "Plaintiff"), by way of Complaint against defendants Abt Electronics, Inc., Ace Hardware Corp., Action Village, LLC, Calumet Photographic, Inc., Chelsea & Scott, Ltd., Euromarket Designs, Inc., d/b/a Crate and Barrel, Fansedge Inc., Officemax, Inc., OpticsPlanet, Inc., Sears Holdings Corp., Walgreen Co., Whitney Automotive Group, Inc., W.W. Grainger, Inc., ULTA Salon, Cosmetics & Fragrance, Inc. (collectively "defendants"), hereby alleges as follows:

## NATURE OF THE ACTION

1.      This is an action for patent infringement arising under the Patent Laws of the United States, 35 U.S.C. § 101, *et seq*.

## THE PARTIES

2.      Plaintiff Select Retrieval is a limited liability company organized under the laws of Texas with its principal place of business at 777 Enterprise Drive, Hewitt, Texas 76643.

3.      Defendant Abt Electronics, Inc. is a corporation organized under the laws of Illinois with its principal place of business at 1200 N. Milwaukee Avenue, Glenview, Illinois 60025, and an agent for service of process at Frank R. Cohen, 225 W. Washington Street, Suite 1700 Chicago, Illinois 60606.

4.      Defendant Ace Hardware Corp. is a corporation organized under the laws of Delaware with its principal place of business at 2200 Kensington Ct., Oak Brook, Illinois 60523, and an agent for service of process at Illinois Corporation Service, 801 Adlai Stevenson Dr., Springfield, Illinois 62703.

5.      Defendant Action Village, LLC is a company organized under the laws of Delaware with its principal place of business at 500 Thorndale Ave., Suite F, Wood Dale, Illinois 60191, and an agent for service of process at CT Corporation System, 208 S. La Salle Street, Suite 814, Chicago, Illinois, 60604.

6.      Defendant Calumet Photographic, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 900 W. Bliss St. Chicago, Illinois 60622, and a registered agent for service of process at The Prentice-Hall Corporation System, Inc., 801 Adlai Stevenson Drive, Springfield, Illinois, 62703-4261.

7.      Defendant Chelsea & Scott, Ltd. is a company organized under the laws of Illinois with its principal place of business at 75 Albrecht Dr., Lake Bluff, Illinois 60044, and a

registered agent for service of process at MS Registered Agent Service, 191 N. Wacker Drive, Suite 1600, Chicago, Illinois 60606.

8. Defendant Euromarket Designs, Inc. d/b/a Crate and Barrel is a corporation organized under the laws of Illinois with its principal place of business at 1250 Techny Rd., Northbrook, Illinois 60062, and a registered agent for service of process at CT Corporation System, 208 S. LaSalle St., Suite 814, Chicago, Illinois 60604.

9. Defendant Fansedge, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 725 Landwehr Rd., Northbrook, Illinois, 60062 and a registered agent for service of process at CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, Illinois, 60604.

10. Defendant Officemax, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 263 Shuman Boulevard, Naperville. Illinois, 60563 and a registered agent for service of process at Illinois Corporation Service, 801 Adlai Stevenson Drive, Springfield, Illinois, 62703.

11. Defendant OpticsPlanet, Inc. is a corporation organized under the laws of Illinois with its principal place of business at 3150 Commercial Ave., Northbrook, Illinois 60062 and a registered agent for service of process at Sergie Biberman, 150 S. Wacker Drive, Suite 1600, Chicago, Illinois 60606.

12. Defendant Sears Holdings Corp. is a corporation organized under the laws of Delaware with its principal place of business at 3333 Beverly Road, Hoffman Estates, Illinois 60179 and a registered agent for service of process at CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, Illinois, 60604.

13. Defendant Walgreen Co. is a corporation organized under the laws of Illinois with its principal place of business at 200 Wilmot Rd., Deerfield, Illinois 60015 and a registered agent

for service of process at Illinois Corporation Service, 801 Adlai Stevenson Dr., Springfield, Illinois 62703.

14. Defendant Whitney Automotive Group, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 111 E. Wacker Dr., Suite 3000 Chicago, Illinois 60601 and a registered agent for service of process at CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, Illinois 60604.

15. Defendant W.W. Grainger, Inc. is a corporation organized under the laws of Illinois with its principal place of business at 100 Grainger Pkwy., Lake Forest, Illinois 60045 and a registered agent for service of process at CT Corporation System, 208 S. LaSalle Street, Suite 814, Chicago, Illinois 60604.

16. Defendant ULTA Salon, Cosmetics & Fragrance, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 1000 Remington Blvd., Suite 120, Bolingbrook, Illinois 60440 and a registered agent for service of process at Robert Guttman, 1000 Remington Blvd, Suite 120, Bolingbrook, Illinois 60440.

## JURISDICTION AND VENUE

17. This is an action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

18. Venue is proper in this judicial district under 28 U.S.C. §§ 1391(b) and 1400(b).

19. This Court has personal jurisdiction over the defendants. Defendants have conducted and do conduct business within the State of Illinois and within this judicial district.

20. Defendants, directly or through intermediaries, makes, distributes, offers for sale or license, sells or licenses, and advertises their products and services in the United States, the State of Illinois, and within this judicial district.

## COUNT I – INFRINGEMENT OF U.S. PATENT NO. 5,953,724

21. Select Retrieval repeats and realleges the allegations of paragraphs 1 through 20 as if fully set forth herein.

22. On September 14, 1999, United States Patent No. 5,953,724 (hereinafter referred to as the "'724 Patent"), entitled GLOBAL DATABASE LIBRARY DATA STRUCTURE FOR HIERARCHICAL GRAPHICAL LISTING COMPUTER SOFTWARE, was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '724 Patent is attached as Exhibit A to this Complaint.

23. Select Retrieval is the assignee and owner of the right, title, and interest in and to the '724 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

24. Without license or authorization, defendants are and have been directly and indirectly infringing the '724 Patent by making, using, selling, offering for sale or license, advertising and/or importing in the United States, including within this judicial district, their products and services on the Internet using methods or instrumentalities that embody the inventions claimed in the '724 Patent. Such acts constitute infringement under at least 35 U.S.C. §§ 271(a), (b), and (c).

25. Select Retrieval has been damaged by defendants' infringing activities.

## COUNT II – INFRINGEMENT OF U.S. PATENT NO. 6,128,617

26. Select Retrieval repeats and realleges the allegations of paragraphs 1 through 25 as if fully set forth herein.

27. On October 3, 2000, United States Patent No. 6,128,617 (hereinafter referred to as the "'617 Patent"), entitled DATA DISPLAY SOFTWARE WITH ACTIONS AND LINKS INTEGRATED WITH INFORMATION, was duly and legally issued by the United States

Patent and Trademark Office. A true and correct copy of the '617 Patent is attached as Exhibit B to this Complaint.

28. Select Retrieval is the assignee and owner of the right, title, and interest in and to the '617 Patent, including the right to assert all causes of action arising under said patent and the right to any remedies for infringement of it.

29. Without license or authorization, defendants are and have been directly and indirectly infringing the '617 Patent by making, using, selling, offering for sale or license, advertising and/or importing in the United States, including within this judicial district, their products and services on the Internet using methods and instrumentalities that embody the inventions claimed in the '617 Patent. Such acts constitute infringement under at least 35 U.S.C. §§ 271(a), (b), and (c).

30. Select Retrieval has been damaged by defendants' infringing activities.

## JURY DEMAND

31. Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Select Retrieval demands a trial by jury on all issues triable as such.

## PRAYER FOR RELIEF

WHEREFORE, Select Retrieval respectfully demands judgment for itself and against defendants as follows:

a. That this Court adjudge that defendants have infringed the '724 and '617 Patents;

b. That this Court ascertain and award Select Retrieval damages sufficient to compensate it for the above infringement, and that the damages so ascertained be awarded to Select Retrieval with interest;

c. That this Court find this case to be exceptional and award Select Retrieval its attorneys' fees, costs, and expenses in this action;

      d.      That this Court order an accounting of all infringing sales including, but not limited to, those sales not presented at trial, and award Select Retrieval damages for any such sales; and

      e.      That this Court award Select Retrieval such other relief as the Court may deem just and proper.

Respectfully submitted,

Dated: June 2, 2011

    */s/ Patrick G. Burns*
Patrick G. Burns
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Tel: (312) 360-0080
Fax: (312) 360-9315
*Attorney for Plaintiff SELECT RETRIEVAL, LLC*